**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ELLEN GUERRERO,

       Plaintiff,

vs.	CASE NO. 6:06-CV-1469-ORL-19KRS

TOTAL TEAMWARES, INC.,

       Defendant.

ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 37, filed August 24, 2007). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 37) is **ADOPTED and AFFIRMED.** The Joint Notice of Filing and Joint Motion for Approval of Settlement Agreement as Stipulated Final Judgment (Doc. No. 35, filed July 25, 2007) is **GRANTED.**

The collective action allegations in the Complaint are **DISMISSED**. The settlement agreement submitted with the joint motion (Doc. No. 35-2), as to Guerrero and Milazzo only, is **APPROVED.**

This case is **DISMISSED with prejudice,** and the Clerk of Court is directed to close this file.

**DONE AND ORDERED** at Orlando, Florida, this   11th   day of September, 2007.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record